■ In the Matter of JANICE S. BIRNBAUM, Respondent, v SAUL I. BIRNBAUM, Appellant. In the Matter of ILENE L. FLAUM, Respondent, v SAUL I. BIRNBAUM, Appellant, and JANICE S. BIRNBAUM, Respondent. — Decree unanimously affirmed with costs for reasons stated in applicable portion of decision at Monroe County Surrogate's Court, Ciaccio, S. (Appeal from decree of Monroe County Surrogate's Court, Ciaccio, S. — removal of coexecutors — accounting.) Present — Hancock, Jr., J. P., Callahan, Denman, O'Donnell and Moule, JJ.